IN THE MATTER OF LEONARD G. BROWN, AN ATTORNEY AT LAW.

Argued April 27, 1971—Decided May 24, 1971.

*Mr. Frederick C. Vonhof,* for the order.

*Mr. Frank A. Paglianite* argued the cause for respondent.

PER CURIAM. Respondent pled guilty to a number of indictments charging him with obtaining moneys under false pretenses and embezzlement. The crimes involved substantial funds of clients. Respondent was sentenced to State Prison.

We see no basis for any discipline less than disbarment. His name will be stricken from the rolls.

*For disbarment*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*Opposed*—None.